# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Fort Pierce Division

| | |
|---|---|
| Tayllor Watson<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>**-v-**<br><br>Credit One Bank, N.A<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. __________<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

FILED BY WC D.C.
OCT 17 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tayllor Watson |
| Street Address | 307 Provence Place |
| City and County | Vero Beach, Indian River County |
| State and Zip Code | Florida 32960 |
| Telephone Number | 7729998086 |
| E-mail Address | tayllorwatson@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Credit One Bank, N.A |
| Job or Title *(if known)* | |
| Street Address | 6801 South Cimarron Road |
| City and County | Las Vegas, Clark County |
| State and Zip Code | Nevada, 89113 |
| Telephone Number | 877-825-3242 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The court has Jurisdiction under 28 U.S.C Section 1331, because this action arises unhder the Telephone Consumer Protection Act (TCPA), 47 U.S.C Section 227, a law of the United States. Although the amount in controversey exceeds $75,000, jurisdiction is based on federal question, not diversity of the citizenship. Venue is proper in this District under 28 U.S.C section 1391(b) because Plantiff resides in Vero Beach FL, and a substantial part of events giving rise to this claim, occured in this district.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* ____________________, is a citizen of the State of *(name)* ____________________.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* ____________________, is a citizen of the State of *(name)* ____________________. Or is a citizen of *(foreign nation)* ____________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.
Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Beginning on or about August 23rd 2025, and continuing through October 16th 2025, Defendant placed 146 telephone calls to Plantiff's personal cellphone. (Call logs/screenshots are attached as Exhibit A and Exhibit B). Calls originated from multiple numbers with spoofed area codes, appearing to be local, but belonged to or were controlled by Defendant or its agents.
3.Many of these calls utilized an automatic telephone dialing system and/or prerecorded or artificial voices in violation of 47 U.S.C section 227 (b)(1)(A)(iii)-placed for the purpose of collection on an account not yet 30 days late.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, Plantiff respectfully request that this Court enter judgment in her favor and against Defendant Credit One Bank, N.A and grant the following relief:
a. Award Plantiff statutory damages pursuant to 47 U.S.C sec 227 (b)(3)(c) in the amount of $1,500.00 for each of the 146 unlawful calls, for Defendant's willful and knowing violations of the TCPA, totaling $219,000.00
b.Award Plantiff additional compensatory damages for emotional distress, inconvience, and disruption of peace cause by Defendant's repeated and harrassing calls, during work hours and weekends.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/17/25

Signature of Plaintiff [signature]

Printed Name of Plaintiff Taylor Watson

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

Telephone Number ______________

E-mail Address ______________

# COMPLAINT CONTINUATION PAGE

Plaintiff: Tayllor Watson
Defendant: Credit One Bank, N.A.

Court: U.S. District Court, Southern District of Florida - Fort Pierce Division

Division Title: Continuation Page - Statement of Claim and Exhibit Explanations

1. Continuation of Statement of Claim
Plaintiff, Tayllor Watson, continues her Statement of Claim as follows:
Beginning on or about September 10, 2025, Defendant, Credit One Bank, N.A., began placing repeated telephone calls to Plaintiff's personal cellular phone.

Between September 10, 2025 and October 15th 2025, Defendant place approximately 146 automated calls in an attempt to collect a payment that was not even thirty (30) days late when they began excessively and aggressively calling Plaintiff (Attached as Exhibit A & Exhibit B)

These calls originated from multiple masked and spoofed numbers appearing to be from areas like Vero Beach, Jensen Beach, Melbourne and Fort Pierce, Florida, when in fact they were traced back to or associated with Defendant (Exhibit D). The purpose of these spoofed numbers was to deceive the Plaintiff into believing the calls were local and to conceal the identity of the caller.

Defendant utilized an automatic telephone dialing system (ATDS) and prerecorded/artificial voices during many of these calls, without Plaintiff's prior express consent. This conduct violates 47 U.S.C. § 227(b) (1) (A) (ii) of the Telephone Consumer Protection Act (TCPA).

Defendant's conduct was willful and knowing because the calls persisted even after Plaintiff's made a payment of $35 on October 10th 2025 (Attached as Exhibit E) and because the Defendant intentionally used technology designed to evade detection and violate consumer privacy.

Defendant's repeated conduct caused Plaintiff emotional distress, anxiety, and disruption of daily life. Plaintiff received as many as five (5) calls in a single day, including weekends, starting as early as 9:12 a.m. on a SUNDAY morning. (Attached as Exhibit C)

Plaintiff has retained proof of these calls including call logs, screenshots, and voicemail evidence, which are attached as exhibits. (Exhibit index attached)