Exhibit A

* = Calls from Credit one Bank

Counted Total = 158 Phone calls.

10:35

Edit | All | Missed

| | | |
|---|---|---|
| | Mother 💞<br>mobile | 10/8/25 |
| | Mother 💞 (2)<br>mobile | 10/8/25 |
| | +1 (772) 257-8224<br>Vero Beach, FL | 10/8/25 |
| * | +1 (866) 242-3315<br>unknown | 10/8/25 |
| | (772) 257-8224<br>Vero Beach, FL | 10/8/25 |
| | +1 (772) 907-5771<br>Vero Beach, FL | 10/8/25 |
| * | +1 (843) 585-4430<br>Hemingway, SC | 10/8/25 |
| * | +1 (352) 639-6655<br>Credit One Bank | 10/8/25 |
| * | +1 (419) 616-8434<br>Huron, OH | 10/7/25 |
| * | +1 (214) 831-2279<br>Credit One Bank | 10/7/25 |
| | +1 (772) 261-9316<br>Jensen Beach, FL | 10/7/25 |

Favorites Recents Contacts Keypad Voicemail 97

3:59 5G UC

Edit | All | Missed

Port Orford, OR

| | |
|---|---|
| +1 (201) 800-9702<br>Wyckoff, NJ | Friday |
| erica (heir addict)<br>FaceTime Video | Friday |
| erica (heir addict) (2)<br>mobile | Friday |
| erica shop (heir addict)<br>mobile | Friday |
| erica (heir addict)<br>mobile | Friday |
| +1 (606) 232-8901<br>Credit One Bank | Friday |
| erica (heir addict)<br>mobile | Friday |
| +1 (843) 585-4389<br>Hemingway, SC | Friday |
| +1 (864) 265-0381<br>Greenwood, SC | Thursday |
| Mother 💞<br>mobile | Thursday |
| +1 (864) 265-0381<br>Greenwood, SC | Thursday |

Favorites Recents Contacts Keypad Voicemail 95

4:00 5G

Edit | All | Missed

+1 (772) 410-0100
Vero Beach, FL
9/18/25

+1 (772) 276-5368 (2)
Hobe Sound, FL
9/18/25

+1 (945) 254-0108
Credit One Bank
9/18/25

+1 (404) 793-5502
Credit One Bank
9/18/25

+1 (772) 237-6894
Port Saint Lucie, FL
9/17/25

+1 (618) 213-9373
Credit One Bank
9/17/25

+1 (918) 213-3880
Credit One Bank
9/17/25

Zoom Meeting
Zoom Audio
9/17/25

Zoom Meeting (3)
Zoom Audio
9/16/25

Mazzarella's Auto Sales
phone
9/16/25

Tyler. 🫶
mobile
9/16/25

Favorites | Recents | Contacts | Keypad | Voicemail 95

4:00 5G

Edit All Missed

mobile

| | | |
|---|---|---|
| +1 (772) 229-4560<br>Credit One Bank | 9/16/25 | i |
| Mother💞 (2)<br>mobile | 9/16/25 | i |
| +1 (772) 229-4560<br>Credit One Bank | 9/16/25 | i |
| +1 (772) 237-6444<br>Port Saint Lucie, FL | 9/16/25 | i |
| +1 (772) 237-6444<br>Port Saint Lucie, FL | 9/16/25 | i |
| +7 (722) 515-85-4<br>Potential Spam | 9/16/25 | i |
| +1 (559) 234-7093<br>Caruthers, CA | 9/15/25 | i |
| +1 (910) 312-5946<br>Clarkton, NC | 9/15/25 | i |
| Mother💞<br>mobile | 9/15/25 | i |
| +1 (717) 305-6471<br>Lancaster, PA | 9/15/25 | i |
| +1 (415) 480-3021<br>Sausalito, CA | 9/15/25 | i |

Favorites Recents Contacts Keypad Voicemail 95

EX A

10:35

Edit | All | Missed

Jensen Beach, FL

| | | |
|---|---|---|
| * | +1 (772) 261-9316<br>Jensen Beach, FL | 10/7/25 |
| | Raliyah 🫶💕 (4)<br>home | 10/6/25 |
| | Raliyah 🫶💕<br>home | 10/6/25 |
| * | +1 (989) 206-4345<br>Omer, MI | 10/6/25 |
| * | +1 (941) 300-6991<br>North Port, FL | 10/6/25 |
| | Raliyah 🫶💕 (3)<br>home | 10/6/25 |
| * | +1 (916) 674-7411<br>Sloughhouse, CA | 10/6/25 |
| * | +1 (573) 306-6575<br>Credit One Bank | 10/6/25 |
| * | +1 (772) 261-9304<br>Jensen Beach, FL | 10/6/25 |
| * | +1 (901) 621-7951<br>Whiteville, TN | 10/6/25 |
| | Mother💞<br>mobile | 10/5/25 |

* = Credit One Bank calls.

Favorites | Recents | Contacts | Keypad | Voicemail 97

*= Credit one Calls

Ex A →




10:35
Edit
All
Missed
Recents
(772) 538-1529
Vero Beach, FL
9:54 AM
+1 (772) 265-1263
Port Saint Lucie, FL
9:50 AM
+1 (772) 265-1263
Port Saint Lucie, FL
9:40 AM
Zoom Meeting
Zoom Audio
9:03 AM
+1 (772) 265-1263 (2)
Port Saint Lucie, FL
8:52 AM
Mother
mobile
Yesterday
+1 (   ) 242 3315
unknown
Yesterday
+7 (722) 756-30-6
Kazakhstan
Yesterday
+1 (754) 484-8123
Coral Springs, FL
Monday
Mother
mobile
Sunday
Favorites
Recents
Contacts
Keypad
97
Voicemail

Ex A

*= Credit one calls

Exhibit A

4:45

Edit | All | Missed

# Recents

+1 (772) 265-1263
Port Saint Lucie, FL — 4:32 PM

+1 (800) 299-1571
unknown — 4:14 PM

* +1 (754) 325-6768
Coral Springs, FL — 1:43 PM

* +1 (585) 229-8696
Scam Likely — 1:24 PM

* +1 (772) 296-0927
CREDIT ONE BANK — 11:23 AM

Henry Ancrum (2)
phone — 10:08 AM

Cran Grand💗
mobile — 7:51 AM

Cran Grand💗
mobile — Yesterday

+1 (866) 280-6200
unknown — Yesterday

+7 (722) 000-22-3
Kazakhstan — Yesterday

Favorites | Recents | Contacts | Keypad | Voicemail 98

4:00 5G UC

Edit All Missed

* +1 (844) 718-2697 — Scam Likely — 9/11/25
* +1 (772) 258-4509 — Scam Likely — 9/10/25
* +1 (772) 788-2538 — Scam Likely — 9/10/25
* +1 (772) 263-7041 — Scam Likely — 9/10/25

ExhiBit A

* +1 (321) 286-0094 — Scam Likely — 9/10/25

Zoom Meeting — Zoom Audio — 9/10/25

Mother 💞 — mobile — 9/9/25

Mother 💞 — mobile — 9/9/25

Mother 💞 — mobile — 9/8/25

sis chiquita church — FaceTime Video — 9/7/25

sis chiquita church — FaceTime Video — 9/7/25

Favorites Recents Contacts Keypad Voicemail 95

4:45

Edit | All | Missed

Henry Ancrum (2)
phone — 10:08 AM

Cran Grand❤️
mobile — 7:51 AM

Cran Grand❤️
mobile — Yesterday

+1 (866) 280-6200
unknown — Yesterday

+7 (722) 688-32-3
Kazakhstan — Yesterday

Ex A

+1 (754) 325-0665
Coral Springs, FL — Yesterday

+1 (754) 318-3186
Credit One Bank — Yesterday

(772) 538-1529
Vero Beach, FL — Yesterday

+1 (772) 265-1263
Port Saint Lucie, FL — Yesterday

Zoom Meeting
Zoom Audio — Yesterday

+1 (772) 265-1263 (2)
Port Saint Lucie, FL — Yesterday

Favorites | Recents | Contacts | Keypad | Voicemail 98

Ex A


10:35
Edit
All
Missed
home 10/5/25
Mother💞 (2) 10/5/25
mobile
Mother💞 (2) 10/4/25
mobile
Gran Grand💗 10/4/25
mobile
+1 (817) 623-6257 10/4/25
Keller, TX
+1 (678) 730-8602 10/4/25
Buford, GA
+1 (651) 427-6500 10/4/25
Credit One Bank
+1 (740) 227-4956 10/4/25
Newcomerstown, OH
+1 (740) 227-4956 10/4/25
Credit One Bank
+1 (754) 341-6893 10/4/25
Coral Springs, FL
Gran Grand💗 10/3/25
FaceTime Video
Gran Grand💗
Favorites
Recents
Contacts
Keypad
Voicemail
97

Ex A


10:34
Edit
All
Missed
Vero Beach, FL
Mother 💞
mobile
10/3/25
+1 (347) 345-4384
New York, NY
10/3/25
Mother 💞
mobile
10/3/25
+1 (833) 397-3692
Scam Likely
10/3/25
Mother 💞 (2)
mobile
10/3/25
Raliyah 🫶 💕
home
10/3/25
Jennifer Titi's
phone
10/3/25
Jennifer Titi's
phone
10/2/25
+1 (727) 354-8411
New Port Richey, FL
10/2/25
+1 (636) 205-1915
Winfield, MO
10/2/25
+1 (661) 320-2861
Lebec, CA
10/2/25
Favorites
Recents
Contacts
Keypad
97
Voicemail

Ex A

10:34

Edit | All | Missed

| | | | |
|---|---|---|---|
| * | +1 (661) 320-2861 | Lebec, CA | 10/2/25 |
| * | +1 (832) 490-2396 | Rosenberg, TX | 10/2/25 |
| * | +1 (808) 867-6421 | Wailuku, HI | 10/1/25 |
| | +1 (704) 269-2773 | Locust, NC | 10/1/25 |
| * | +1 (704) 269-2773 | Locust, NC | 10/1/25 |
| * | +1 (907) 416-9977 | Anchorage, AK | 10/1/25 |
| * | +1 (209) 844-4984 | Oakdale, CA | 10/1/25 |
| * | +1 (434) 234-1220 | Charlottesville, VA | 10/1/25 |
| * | +1 (336) 490-4559 | Denton, NC | 10/1/25 |
| * | +1 (480) 636-2379 | Phoenix, AZ | 10/1/25 |
| | +1 (772) 257-8224 | Vero Beach, FL | 10/1/25 |

Favorites | Recents | Contacts | Keypad | Voicemail 97

Exhibit A

10:34

Edit | All | Missed

| | | |
|---|---|---|
| Charlottesville, VA | | |
| +1 (336) 490-4559 Denton, NC | 10/1/25 | i |
| +1 (480) 636-2379 Phoenix, AZ | 10/1/25 | i |
| +1 (772) 257-8224 Vero Beach, FL | 10/1/25 | i |
| +1 (708) 329-3940 Credit One Bank | 10/1/25 | i |
| +1 (772) 257-8224 Vero Beach, FL | 10/1/25 | i |
| +1 (772) 275-6307 Fort Pierce, FL | 10/1/25 | i |
| +1 (772) 275-6307 Fort Pierce, FL | 10/1/25 | i |
| +1 (929) 349-3101 New York, NY | 10/1/25 | i |
| +1 (772) 281-0439 United States | 9/30/25 | i |
| Mother💞 mobile | 9/30/25 | i |
| Mother💞 mobile | 9/30/25 | i |

Favorites | Recents | Contacts | Keypad | Voicemail 97

10:34

Edit | All | Missed

| | | |
|---|---|---|
| +1 (772) 281-0439<br>United States | 9/30/25 | (i) |
| +1 (772) 257-8224<br>Vero Beach, FL | 9/30/25 | (i) |
| +1 (772) 281-0439<br>United States | 9/30/25 | (i) |
| Mother 💞<br>mobile | 9/30/25 | (i) |
| Mazzarella's Auto Sales<br>phone | 9/30/25 | (i) |
| +1 (772) 281-0439<br>United States | 9/30/25 | (i) |
| +1 (813) 761-0808<br>Credit One Bank | 9/30/25 | (i) |
| Mother 💞<br>mobile | 9/29/25 | (i) |
| Mother 💞<br>mobile | 9/29/25 | (i) |
| +1 (772) 281-0848<br>United States | 9/29/25 | (i) |
| +1 (332) 222-4303<br>Credit One Bank | 9/29/25 | (i) |

Favorites Recents Contacts Keypad Voicemail 97

4:00 5G

Edit | All | Missed

+1 (772) 584-8348 — Scam Likely — 9/11/25

+1 (772) 356-5681 — Potential Spam — 9/11/25

+1 (833) 672-1962 — Credit One Bank — 9/11/25

Mother 💞 — mobile — 9/11/25

+1 (833) 672-1962 (2) — Credit One Bank — 9/11/25

Mother 💞 — mobile — 9/11/25

+1 (239) 247-5681 — Fort Myers, FL — 9/11/25

+1 (833) 672-1962 — Credit One Bank — 9/11/25

Mother 💞 — mobile — 9/11/25

Vero Beach Preschool — mobile — 9/11/25

+1 (844) 718-2697 — Scam Likely — 9/11/25

Favorites | Recents | Contacts | Keypad | Voicemail 95

4:00 5G

Edit | All | Missed

| | |
|---|---|
| phone | 9/12/25 |
| +1 (833) 672-1072 (2)<br>Credit One Bank | 9/12/25 |
| +1 (412) 235-4361<br>Pittsburgh, PA | 9/12/25 |
| +1 (412) 235-4361<br>Pittsburgh, PA | 9/12/25 |
| +1 (833) 672-1072<br>Credit One Bank | 9/12/25 |
| +1 (772) 244-5471<br>Potential Spam | 9/12/25 |
| +1 (877) 782-8059<br>unknown | 9/12/25 |
| Raliyah 🫶💕 (2)<br>home | 9/11/25 |
| Raliyah 🫶💕 (3)<br>home | 9/11/25 |
| +1 (772) 594-0607<br>Scam Likely | 9/11/25 |
| +1 (772) 218-7983<br>Potential Spam | 9/11/25 |
| +1 (772) 584-8348 | |

Favorites | Recents | Contacts | Keypad | Voicemail 95


3:59
5G UC
Edit
All
Missed
Recents
+1 (772) 276-5351 (2)
Hobe Sound, FL
3:47 PM
+1 (812) 408-6077
Credit One Bank
9:53 AM
Raliyah 🫶💕 (3)
home
9:45 AM
+1 (772) 276-5351
Hobe Sound, FL
9:07 AM
Mother💞
mobile
Yesterday
+1 (321) 326-1695 (2)
Melbourne, FL
Yesterday
D Bailey (3)
mobile
Yesterday
+1 (321) 326-1695
Melbourne, FL
Yesterday
+1 (843) 466-4238
Credit One Bank
Yesterday
+1 (630) 581-9281
Credit One Bank
Yesterday
95
Favorites
Recents
Contacts
Keypad
Voicemail

4:00 5G

Edit | All | Missed

| | |
|---|---|
| mobile | 9/14/25 |
| +1 (772) 236-9504<br>Port Saint Lucie, FL | 9/14/25 |
| Mother 💞<br>mobile | 9/14/25 |
| Dex<br>phone | 9/13/25 |
| +1 (772) 775-9240<br>Jensen Beach, FL | 9/13/25 |
| +1 (772) 237-7141<br>Credit One Bank | 9/13/25 |
| +1 (772) 244-8732<br>Scam Likely | 9/13/25 |
| +1 (772) 237-6234<br>Port Saint Lucie, FL | 9/13/25 |
| Auntie Tam<br>mobile | 9/12/25 |
| +1 (833) 672-1132<br>Credit One Bank | 9/12/25 |
| +1 (833) 672-1072<br>Credit One Bank | 9/12/25 |
| Trevon 💗 | 9/12/25 |

Favorites | Recents | Contacts | Keypad | Voicemail 95

4:00 5G

Edit | All | Missed

| | | |
|---|---|---|
| * | +1 (415) 480-3021<br>Sausalito, CA | 9/15/25 |
| * | +1 (772) 486-8351<br>Stuart, FL | 9/15/25 |
| | +1 (772) 486-8351<br>Stuart, FL | 9/15/25 |
| * | +1 (772) 486-8351<br>Stuart, FL | 9/15/25 |
| * | +1 (772) 236-9504<br>Port Saint Lucie, FL | 9/14/25 |
| | Tina #2<br>mobile | 9/14/25 |
| | Tina #2<br>mobile | 9/14/25 |
| * | +1 (772) 236-9697<br>Port Saint Lucie, FL | 9/14/25 |
| | Mother 💞<br>mobile | 9/14/25 |
| * | +1 (772) 236-9504<br>Port Saint Lucie, FL | 9/14/25 |
| | Mother 💞<br>mobile | 9/14/25 |

Favorites | Recents | Contacts | Keypad | Voicemail 95

4:00 5G

Edit | All | Missed

Credit One Bank

+1 (208) 646-5663 — 9/20/25
Credit One Bank

+1 (848) 201-3613 — 9/20/25
Credit One Bank

+1 (772) 276-5368 — 9/20/25
Hobe Sound, FL

+1 (772) 778-3030 — 9/19/25
Vero Beach, FL

+1 (772) 276-5351 — 9/19/25
Hobe Sound, FL

+1 (501) 298-3724 — 9/19/25
Little Rock, AR

Raliyah 🫶💕 — 9/19/25
home

+1 (708) 375-4299 — 9/19/25
Bellwood, IL

+1 (512) 675-2463 — 9/19/25
Credit One Bank

+1 (229) 353-0413 — 9/19/25
Credit One Bank

+1 (704) 368-2095 — 9/19/25
New London, NC

Favorites | Recents | Contacts | Keypad | Voicemail 95

3:59 5G UC

Edit | All | Missed

| | | |
|---|---|---|
| +1 (772) 276-5351<br>Hobe Sound, FL | Monday | i |
| +1 (225) 350-8310<br>Credit One Bank | Monday | i |
| +1 (256) 402-3707<br>Credit One Bank | Monday | i |
| +1 (772) 276-5351<br>Hobe Sound, FL | Monday | i |
| Mother 💞<br>mobile | 9/21/25 | i |
| Felice Bagley<br>phone | 9/21/25 | i |
| +1 (530) 255-6559<br>Redding, CA | 9/21/25 | i |
| +1 (661) 467-9873<br>Credit One Bank | 9/21/25 | i |
| +1 (417) 250-4616<br>Credit One Bank | 9/21/25 | i |
| +1 (210) 920-9319<br>San Antonio, TX | 9/21/25 | i |
| +1 (330) 248-4328<br>Credit One Bank | 9/20/25 | i |
| +1 (208) 646-5663 | | |

Favorites Recents Contacts Keypad Voicemail 95

3:59 5G

Edit | All | Missed

Zoom Meeting
Zoom Audio — Wednesday

+1 (316) 330-5249
Wichita, KS — Wednesday

+1 (850) 389-5902
Destin, FL — Tuesday

+1 (772) 252-0096
Scam Likely — Tuesday

+1 (607) 208-0302
Afton, NY — Tuesday

+1 (772) 244-3199 (3)
Credit One Bank — Tuesday

+1 (909) 363-7798
Redlands, CA — Tuesday

Zoom Meeting (3)
Zoom Audio — Monday

+1 (772) 276-5351
Hobe Sound, FL — Monday

+1 (866) 242-3315
unknown — Monday

+1 (866) 242-3315
unknown — Monday

+1 (772) 276-5351 — Monday

Favorites | Recents | Contacts | Keypad | Voicemail 95

3:59 5G

Edit | All | Missed

| | |
|---|---|
| Mother 💗<br>mobile | Thursday |
| +1 (864) 265-0381<br>Greenwood, SC | Thursday |
| +1 (815) 283-3880<br>Waterman, IL | Thursday |
| +1 (917) 352-2050<br>New York, NY | Thursday |
| Grandaddy (4)<br>home | Wednesday |
| Trevon 💗<br>phone | Wednesday |
| +1 (919) 635-6401<br>Mount Olive, NC | Wednesday |
| +1 (252) 298-6026<br>Greenville, NC | Wednesday |
| +1 (252) 298-6026<br>Greenville, NC | Wednesday |
| +1 (772) 237-6998<br>Credit One Bank | Wednesday |
| Zoom Meeting<br>Zoom Audio | Wednesday |
| +1 (316) 330-5249 | |

Favorites Recents Contacts Keypad Voicemail 95


3:59
5G
Edit
All
Missed
+1 (630) 581-9281
Credit One Bank
Yesterday
+1 (714) 729-4703
Credit One Bank
Yesterday
Gran Grand
mobile
Yesterday
Mother
mobile
Yesterday
Mother
mobile
Friday
erica shop (heir addict) (2)
mobile
Friday
Raliyah
home
Friday
+1 (866) 242-3315
unknown
Friday
+1 (772) 236-9504
Port Saint Lucie, FL
Friday
+1 (772) 236-9504 (2)
Port Saint Lucie, FL
Friday
+1 (541) 253-7177
Port Orford, OR
Friday
Favorites
Recents
Contacts
Keypad
95
Voicemail