Part 1

Exhibit B:

Screen shots of call History showing Dates, times and spam Numbers.

(very lengthy so it's broken up into 4 parts




1:46
LANCASTER, PA
+1 (717) 305-6471
message
call
video
mail
pay
September 15, 2025
1:12 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:49
LITTLE ROCK, AR
+1 (501) 298-3724
message
call
video
mail
pay
September 19, 2025
1:52 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:49
BELLWOOD, IL
+1 (708) 375-4299
message
call
video
mail
pay
September 19, 2025
11:23 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:48
CO
+1 (512) 675-2463 · BUCHANAN DAM, TX
Credit One Bank
message
call
video
mail
pay
September 19, 2025
10:35 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:48
CO
+1 (229) 353-0413 · TIFTON, GA
Credit One Bank
message
call
video
mail
pay
September 19, 2025
9:54 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:48
HOBE SOUND, FL
+1 (772) 276-5368
message
call
video
mail
pay
September 18, 2025
2:15 PM Missed Call
10:32 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail

1:48

CO

+1 (945) 254-0108 · PLANO, TX

# Credit One Bank

message call video mail pay

September 18, 2025

10:08 AM **Missed Call**

Calls with a checkmark have been verified by the carrier.

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Block Caller

Favorites Recents Contacts Keypad Voicemail 97


1:47
CO
+1 (404) 793-5502 · ATLANTA, GA
Credit One Bank
message
call
video
mail
pay
September 18, 2025
9:41 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:47
PORT SAINT LUCIE, FL
+1 (772) 237-6894
message
call
video
mail
pay
September 17, 2025
10:39 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:47
CO
+1 (618) 213-9373 · EAST SAINT LOUIS, IL
Credit One Bank
message
call
video
mail
pay
September 17, 2025
10:12 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:47
CO
+1 (772) 229-4560 · PORT SAINT LUCIE, FL
Credit One Bank
message
call
video
mail
pay
September 16, 2025
10:37 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail
97


1:47
CO
+1 (772) 229-4560 · PORT SAINT LUCIE, FL
Credit One Bank
message
call
video
mail
pay
September 16, 2025
9:48 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:47
PORT SAINT LUCIE, FL
+1 (772) 237-6444
message
call
video
mail
pay
September 16, 2025
8:49 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:46
CARUTHERS, CA
+1 (559) 234-7093
message
call
video
mail
$
pay
September 15, 2025
4:50 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:40
SL
+1 (844) 718-2697 · UNKNOWN
Scam Likely
message
call
video
mail
pay
September 11, 2025
8:21 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:46
SAUSALITO, CA
+1 (415) 480-3021
message
call
video
mail
pay
September 15, 2025
11:48 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:46
STUART, FL
+1 (772) 486-8351
message
call
video
mail
pay
September 15, 2025
10:56 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:46
STUART, FL
+1 (772) 486-8351
message
call
video
mail
pay
September 15, 2025
10:44 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:45
PORT SAINT LUCIE, FL
+1 (772) 236-9504
message
call
video
mail
pay
September 14, 2025
2:24 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:45
PORT SAINT LUCIE, FL
+1 (772) 236-9504
message
call
video
mail
pay
September 14, 2025
9:00 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:44
JENSEN BEACH, FL
+1 (772) 775-9240
message
call
video
mail
pay
September 13, 2025
12:24 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:44
PORT SAINT LUCIE, FL
+1 (772) 237-6234
message
call
video
mail
pay
September 13, 2025
9:34 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:43
CO
+1 (833) 672-1132 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
September 12, 2025
2:30 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:43
CO
+1 (833) 672-1072 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
September 12, 2025
1:19 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:43
CO
+1 (833) 672-1072 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
September 12, 2025
12:04 PM Missed Call
10:53 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:42
UNKNOWN
+1 (877) 782-8059
message
call
video
mail
pay
September 12, 2025
8:30 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:41
CO
+1 (833) 672-1962 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
September 11, 2025
1:01PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:41
CO
+1 (833) 672-1962 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
September 11, 2025
11:50 AM Missed Call
10:49 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:41
CO
+1 (833) 672-1962 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
September 11, 2025
9:31AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail