Part 2
Exhibit B=
Screenshots of each Numbers specific call History – Showing Dates, Times, and spam Numbers masked as local Area codes.




1:55
WINFIELD, MO
+1 (636) 205-1915
message
call
video
mail
pay
October 2, 2025
12:14 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail



1:55
NEW PORT RICHEY, FL
+1 (727) 354-8411
message
call
video
mail
pay
October 2, 2025
3:37 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:55
NEW YORK, NY
+1 (347) 345-4384
message
call
video
mail
pay
October 3, 2025
3:35 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:55
CORAL SPRINGS, FL
+1 (754) 341-6893
message
call
video
mail
pay
October 4, 2025
9:14 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:55
CO
+1 (740) 227-4956 · NEWCOMERSTOWN, OH
Credit One Bank
message
call
video
mail
pay
October 4, 2025
10:06 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:55
CO
+1 (651) 427-6500 · LAKE ST. CROIX BEACH, MN
Credit One Bank
message
call
video
mail
pay
October 4, 2025
12:29 PM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:55
BUFORD, GA
+1 (678) 730-8602
message
call
video
mail
pay
October 4, 2025
3:22 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:56
KELLER, TX
+1 (817) 623-6257
message
call
video
mail
pay
October 4, 2025
4:07 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:55
LEBEC, CA
+1 (661) 320-2861
message
call
video
mail
pay
October 2, 2025
11:11 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:56
JENSEN BEACH, FL
+1 (772) 261-9304
message
call
video
mail
pay
October 6, 2025
10:22 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:56
CO
+1 (573) 306-6575 · EMINENCE, MO
Credit One Bank
message
call
video
mail
pay
October 6, 2025
11:06 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:56
SLOUGHHOUSE, CA
+1 (916) 674-7411
message
call
video
mail
pay
October 6, 2025
12:18 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:56
OMER, MI
+1 (989) 206-4345
message
call
video
mail
pay
October 6, 2025
3:27 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:56
NORTH PORT, FL
+1 (941) 300-6991
message
call
video
mail
pay
October 6, 2025
1:47 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:56
JENSEN BEACH, FL
+1 (772) 261-9316
message
call
video
mail
pay
October 7, 2025
9:19 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:53
CO
+1 (332) 222-4303 · NEW YORK, NY
Credit One Bank
message
call
video
mail
pay
September 29, 2025
9:32 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:54
UNITED STATES
+1 (772) 281-0439
message
call
video
mail
pay
September 30, 2025
4:06 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:54
UNITED STATES
+1 (772) 281-0439
message
call
video
mail
pay
September 30, 2025
1:26 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:55
ROSENBERG, TX
+1 (832) 490-2396
message
call
video
mail
pay
October 2, 2025
8:59 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:55
WAILUKU, HI
+1 (808) 867-6421
message
call
video
mail
pay
October 1, 2025
5:23 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:55
LOCUST, NC
+1 (704) 269-2773
message
call
video
mail
pay
October 1, 2025
4:48 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:55
ANCHORAGE, AK
+1 (907) 416-9977
message
call
video
mail
pay
October 1, 2025
4:07 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail