Part 3
Exhibit B=
→
Screenshots Of each Number's Specific call History — showing Dates + Times




1:58
UNKNOWN
+1 (866) 280-6200
message
call
video
mail
pay
August 31, 2025
12:34 PM Missed Call
11:29 AM Missed Call
10:19 AM Missed Call
9:12 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Favorites
Recents
Contacts
Keypad
97
Voicemail


4:33
CO
+1 (772) 296-0927 · SEBASTIAN, FL
CREDIT ONE BANK
message
call
video
mail
pay
Today
11:23 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
98
Voicemail


4:32
CO
+1 (754) 318-3186 · CORAL SPRINGS, FL
Credit One Bank
message
call
video
mail
pay
Yesterday
1:00 PM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
98
Favorites
Recents
Contacts
Keypad
Voicemail


4:32
PORT SAINT LUCIE, FL
+1 (772) 265-1263
message
call
video
mail
pay
Yesterday
9:40 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
98
Voicemail


4:32
PORT SAINT LUCIE, FL
+1 (772) 265-1263
message
call
video
mail
pay
Yesterday
8:52 AM Missed Call
8:23 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
98
Favorites
Recents
Contacts
Keypad
Voicemail


10:11
CO
+1 (754) 318-3186 · CORAL SPRINGS, FL
Credit One Bank
message
call
video
mail
pay
Yesterday
1:00 PM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


10:11
PORT SAINT LUCIE, FL
+1 (772) 265-1263
message
call
video
mail
pay
Yesterday
9:40 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


10:11
PORT SAINT LUCIE, FL
+1 (772) 265-1263
message
call
video
mail
pay
Yesterday
8:52 AM Missed Call
8:23 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


2:00
CO
+1 (844) 303-7177 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
August 24, 2025
2:53 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


2:00
CO
+1 (844) 218-5839 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
August 24, 2025
11:43 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


2:00
UNKNOWN
+1 (800) 299-1571
message
call
video
mail
pay
August 24, 2025
10:17 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


2:00
CO
+1 (833) 462-0292 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
August 23, 2025
3:30 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:56
CO
+1 (214) 831-2279 · ANNA, TX
Credit One Bank
message
call
video
mail
pay
October 7, 2025
9:57 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:59
CO
+1 (833) 672-2032 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
September 2, 2025
2:42 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:59
CO
+1 (833) 672-3192 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
September 2, 2025
1:35 PM Missed Call
12:33 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:59
CO
+1 (833) 672-1042 · UNKNOWN
Credit One Bank
message
call
video
mail
pay
August 30, 2025
10:08 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:58
UNKNOWN
+1 (866) 280-6200
message
call
video
mail
pay
August 31, 2025
12:34 PM Missed Call
11:29 AM Missed Call
10:19 AM Missed Call
9:12 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Favorites
Recents
Contacts
Keypad
Voicemail
97


1:57
CORAL SPRINGS, FL
+1 (754) 325-0665
message
call
video
mail
pay
Today
1:13 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:57
CO
+1 (754) 318-3186 · CORAL SPRINGS, FL
Credit One Bank
message
call
video
mail
pay
Today
1:00 PM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:57
PORT SAINT LUCIE, FL
+1 (772) 265-1263
message
call
video
mail
pay
Today
9:40 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:57
PORT SAINT LUCIE, FL
+1 (772) 265-1263
message
call
video
mail
pay
Today
8:52 AM Missed Call
8:23 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:56
CORAL SPRINGS, FL
+1 (754) 484-8123
message
call
video
mail
pay
October 13, 2025
12:12 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:56
HOBE SOUND, FL
+1 (772) 276-5308
message
call
video
mail
pay
October 9, 2025
10:11 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail

1:56

CHICAGO, IL

+1 (312) 761-5476

message call video mail pay

October 8, 2025

5:12 PM **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Unblock Caller

Favorites Recents Contacts Keypad 97 Voicemail


1:56
CO
+1 (352) 639-6655 · KEYSTONE HEIGHTS, FL
Credit One Bank
message
call
video
mail
pay
October 8, 2025
10:02 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:56
HURON, OH
+1 (419) 616-8434
message
call
video
mail
pay
October 7, 2025
10:43 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:55
CHARLOTTESVILLE, VA
+1 (434) 234-1220
message
call
video
mail
pay
October 1, 2025
1:26 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:54
DENTON, NC
+1 (336) 490-4559
message
call
video
mail
pay
October 1, 2025
12:19 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


1:54
PHOENIX, AZ
+1 (480) 636-2379
message
call
video
mail
pay
October 1, 2025
11:52 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:54
CO
+1 (708) 329-3940 · CICERO, IL
Credit One Bank
message
call
video
mail
pay
October 1, 2025
9:54 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


1:54
FORT PIERCE, FL
+1 (772) 275-6307
message
call
video
mail
pay
October 1, 2025
9:16 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail

1:54

NEW YORK, NY

+1 (929) 349-3101

message call video mail pay

October 1, 2025

9:11 AM **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Unblock Caller

Favorites Recents Contacts Keypad 97 Voicemail


1:53
UNITED STATES
+1 (772) 281-0439
message
call
video
mail
pay
September 30, 2025
10:19 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail

1:53

CO

+1 (813) 761-0808 · TAMPA, FL

# Credit One Bank

message | call | video | mail | pay

September 30, 2025

9:43 AM **Missed Call** ☑

Calls with a checkmark have been verified by the carrier.

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Block Caller

Favorites | Recents | Contacts | Keypad | Voicemail 97


1:53
UNITED STATES
+1 (772) 281-0848
message
call
video
mail
pay
September 29, 2025
10:07 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail