Part 4= Exhibit B= Screenshots of Call History Showing Dates, Times, and Spam Numbers.




1:49
CO
+1 (330) 248-4328 · ALLIANCE, OH
Credit One Bank
message
call
video
mail
pay
September 20, 2025
11:06 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:49
CO
+1 (208) 646-5663 · POCATELLO, ID
Credit One Bank
message
call
video
mail
pay
September 20, 2025
10:25 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:49
CO
+1 (848) 201-3613 · TOMS RIVER, NJ
Credit One Bank
message
call
video
mail
pay
September 20, 2025
9:50 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:51
HOBE SOUND, FL
+1 (772) 276-5351
message
call
video
mail
pay
September 22, 2025
3:33 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:49
HOBE SOUND, FL
+1 (772) 276-5368
message
call
video
mail
pay
September 20, 2025
9:19 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:50
CO
+1 (225) 350-8310 · JACKSON, LA
Credit One Bank
message
call
video
mail
pay
September 22, 2025
11:07 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
Voicemail

1:50

CO

+1 (256) 402-3707 · DELTA, AL

# Credit One Bank

message | call | video | mail | pay

September 22, 2025

10:22 AM **Missed Call**

Calls with a checkmark have been verified by the carrier.

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Unblock Caller

Favorites | Recents | Contacts | Keypad | Voicemail


1:50
HOBE SOUND, FL
+1 (772) 276-5351
message
call
video
mail
pay
September 22, 2025
9:42 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:50
REDDING, CA
+1 (530) 255-6559
message
call
video
mail
pay
September 21, 2025
1:06 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:50
CO
+1 (661) 467-9873 · SANTA CLARITA, CA
Credit One Bank
message
call
video
mail
pay
September 21, 2025
10:08 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:50
CO
+1 (417) 250-4616 · AVA, MO
Credit One Bank
message
call
video
mail
pay
September 21, 2025
9:31AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:52
WYCKOFF, NJ
+1 (201) 800-9702
message
call
video
mail
pay
September 26, 2025
11:01 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:52
PORT SAINT LUCIE, FL
+1 (772) 236-9504
message
call
video
mail
pay
September 26, 2025
1:29 PM Missed Call
12:53 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail

1:52

PORT ORFORD, OR

+1 (541) 253-7177

message call video mail pay

September 26, 2025

11:47 AM **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Block Caller

Favorites Recents Contacts Keypad Voicemail


1:52
CO
+1 (714) 729-4703 · PLACENTIA, CA
Credit One Bank
message
call
video
mail
pay
September 27, 2025
9:38 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:52
CO
+1 (630) 581-9281 · HINSDALE, IL
Credit One Bank
message
call
video
mail
pay
September 27, 2025
10:18 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:52
CO
+1 (843) 466-4238 · BEAUFORT, SC
Credit One Bank
message
call
video
mail
pay
September 27, 2025
11:03 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:53
MELBOURNE, FL
+1 (321) 326-1695
message
call
video
mail
pay
September 27, 2025
11:46 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:53
HOBE SOUND, FL
+1 (772) 276-5351
message
call
video
mail
pay
September 28, 2025
9:07 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:53
CO
+1 (812) 408-6077 · SEYMOUR, IN
Credit One Bank
message
call
video
mail
pay
September 28, 2025
9:53 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:53
HOBE SOUND, FL
+1 (772) 276-5351
message
call
video
mail
pay
September 28, 2025
3:47 PM Missed Call
2:29 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:50
HOBE SOUND, FL
+1 (772) 276-5351
message
call
video
mail
pay
September 22, 2025
1:00 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:52
CO
+1 (606) 232-8901 · ASHLAND, KY
Credit One Bank
message
call
video
mail
pay
September 26, 2025
9:51 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:52
HEMINGWAY, SC
+1 (843) 585-4389
message
call
video
mail
pay
September 26, 2025
8:37 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:52
NEW YORK, NY
+1 (917) 352-2050
message
call
video
mail
pay
September 25, 2025
9:19 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:51
GREENVILLE, NC
+1 (252) 298-6026
message
call
video
mail
pay
September 24, 2025
1:02 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:51
CO
+1 (772) 237-6998 · PORT SAINT LUCIE, FL
Credit One Bank
message
call
video
mail
pay
September 24, 2025
9:27 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:51
SL
+1 (772) 252-0096 · FORT PIERCE, FL
Scam Likely
message
call
video
mail
pay
September 23, 2025
2:32 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:51
AFTON, NY
+1 (607) 208-0302
message
call
video
mail
pay
September 23, 2025
12:59 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
Voicemail


1:51
CO
+1 (772) 244-3199 · SEBASTIAN, FL
Credit One Bank
message
call
video
mail
pay
September 23, 2025
11:14 AM Missed Call
10:26 AM Missed Call
9:49 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Favorites
Recents
Contacts
Keypad
Voicemail