Exhibit C

→

4 missed Calls on A Sunday Morning

