10:11

Exhibit
E
→

# Transaction Details

Credit One Bank Payment 75470616 WE...
−$35.00

## Transaction Details

| | |
|---|---|
| Type | ACH debit |
| Transaction date | Oct 10, 2025 |
| Posted date | Oct 10, 2025 |
| Description | Credit One Bank Payment 75470616 WEB ID: WEB000004 |
| Category | Bills & utilities |

## Having a problem with this transaction?

Let's look into it.

Report a problem

Disclaimer: Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

9:48

< Back

# Payment Due Date

Exhibit E →

Monthly Payment Due Date

9th of every month

Your account must be current in order to change your payment due date.