# EXHIBIT INDEX

Plaintiff: Tayllor Watson

Defendant: Credit One Bank, N.A.

Case Number:

Court: U.S. District Court, Southern District of Florida – Fort Pierce Division

## Exhibit A – Call Log Summary (September 10 – October 15, 2025)

Explanation of Relevance:
A detailed log from Plaintiff's cell phone showing 146 total incoming calls from various numbers used by Defendant. Demonstrates the volume, frequency, and persistence of calls within a short period.

## Exhibit B – Screenshots of Call History

Explanation of Relevance:
Visual evidence showing repeated calls from masked/spoofed numbers appearing to originate from Vero Beach and Fort Pierce, Florida. Confirms deceptive caller ID practices by Defendant.

## Exhibit C – Sunday Call Proof

Explanation of Relevance:
Screenshots showing four calls received on a Sunday morning while Plaintiff was in church, beginning at 9:12 a.m. Confirms unwanted weekend contact, interruption of personal life, and excessive frequency of calls.

## Exhibit D – Video Evidence (Referenced, Not Filed Physically)

Explanation of Relevance:
Plaintiff possesses a video recording captured on a separate device that demonstrates the spoofed phone numbers displayed on Plaintiff's phone correspond to Credit One Bank. The video shows live call activity, identifying features, and timestamps confirming that calls appearing to originate from local Florida area codes were, in fact, linked to Defendant. Due to the digital format, this recording is not filed with this initial complaint, but will be produced upon the Court's request or during discovery.

## Exhibit E – Bank Statement Showing $35 Payment to Credit One Bank

Explanation of Relevance:
A copy of Plaintiff's personal bank statement reflecting a $35 payment made to Credit One Bank approximately thirty (30) days past due, along with proof that the next scheduled payment was not yet 30 days past due at that time. Plaintiff's payments are due on the 9th of

every month. This evidence demonstrates that while one payment was late, the account was not seriously delinquent or in default, and Defendant nonetheless initiated an excessive volume of autodialed and prerecorded collection calls. The exhibit supports Plaintiff's claim that Defendant's conduct was harassing, disproportionate, and in violation of the TCPA.

## Verification

I, Tayllor Watson, declare under penalty of perjury that the foregoing exhibits (A–E) are true and correct to the best of my knowledge and belief.

Date: 10/17/25
Signature: [signature]
Tayllor Watson, Plaintiff Pro Se
Vero Beach, Florida