10:06

Close MyChart | MyChart is Epic

Result Trends - CBC (INCLUDES DIFF_...

# Result Trends

Results limited to those after Oct 15, 2020. Results found from Dec 28, 2022 - Oct 15, 2025.

**Tayllor Watson** Date of Birth: Dec 30, 2002

Dec 28, 2022 - Oct 15, 2025 (Table 1 of 1)

| Component | Dec 28, 2022 | Jun 11, 2025 | Oct 15, 2025 |
|---|---|---|---|
| **LEUKOCYTES**<br>Normal Range: 3.8 - 10.8 THOUSAND/UL | 5.1 THOUSAND/UL | 3.1 THOUSAND/UL<br>Low | 3.3 THOUSAND/UL<br>Low |
| **MPV**<br>Normal Range: 7.5 - 12.5 FL | 12.3 FL | 11.6 FL | 11.7 FL |
| **ABSOLUTE NEUTROPHILS**<br>Normal Range: 1,500 - 7,800 cells/uL | | 1,318 cells/uL<br>Low | 1,148 cells/uL<br>Low |
| **ABSOLUTE LYMPHOCYTES**<br>Normal Range: 850 - 3,900 cells/uL | | 1,575 cells/uL | 1,851 cells/uL |
| **MONOCYTES ABSOLUTE**<br>Normal Range: 200 - 950 CELLS/UL | 311 CELLS/UL | 180 CELLS/UL<br>Low | 251 CELLS/UL |
| **EOSINOPHILS ABSOLUTE**<br>Normal Range: 15 - 500 CELLS/UL | 20 CELLS/UL | 19 CELLS/UL | 30 CELLS/UL |
| **BASOPHILS ABSOLUTE**<br>Normal Range: 0 - 200 CELLS/UL | 20 CELLS/UL | 9 CELLS/UL | 20 CELLS/UL |
| **NEUTROPHILS** | 67 % | 42.5 % | 34.8 % |
| **LYMPHOCYTES %** | 26.1 % | 50.8 % | 56.1 % |
| **MONOCYTES** | 6.1 % | 5.8 % | 7.6 % |
| **EOSINOPHILS** | | 0.6 % | 0.9 % |
| **RBC**<br>Normal Range: 3.80 - 5.10 MILLION/UL | 3.84 MILLION/UL | 3.97 MILLION/UL | 3.82 MILLION/UL |
| **RBC**<br>Normal Range: 3.80 - 5.10 MILLION/UL | 3.89 MILLION/UL | | |
| **BASOPHILS** | 0.4 % | 0.3 % | 0.6 % |

| Component | Dec 28, 2022 | Jun 11, 2025 | Oct 15, 2025 |
|---|---|---|---|
| **HEMOGLOBIN**<br>Normal Range: 11.7 - 15.5 G/DL | 11.5 G/DL<br>Low | 9.7 G/DL<br>Low | 9.1 G/DL<br>Low |
| **HEMOGLOBIN**<br>Normal Range: 11.7 - 15.5 G/DL | 11.6 G/DL<br>Low | | |
| **HEMATOCRIT**<br>Normal Range: 35.0 - 45.0 % | 32.7 %<br>Low | 33.0 %<br>Low | 30.7 %<br>Low |
| **HEMATOCRIT**<br>Normal Range: 35.0 - 45.0 % | 35.7 % | | |
| **MCV**<br>Normal Range: 80.0 - 100.0 FL | 85.2 FL | 83.1 FL | 80.4 FL |
| **MCV**<br>Normal Range: 80.0 - 100.0 FL | 91.8 FL | | |
| **MCH** | [illegible] | [illegible] | 23.8 PG |

Exhibit G - MyChart Medical Records Dating Oct 15th 2025 →

Exhibit F - 15 Additional Calls →




11:02
VERO BEACH, FL
+1 (772) 213-7591
message
call
video
mail
pay
October 19, 2025
1:35 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
97
Favorites
Recents
Contacts
Keypad
Voicemail


11:02
CORAL SPRINGS, FL
+1 (754) 325-0696
message
call
video
mail
pay
October 19, 2025
2:47 PM Missed Call
2:04 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


11:02
CO
+1 (772) 244-2817 · SEBASTIAN, FL
CREDIT ONE BANK
message
call
video
mail
pay
October 17, 2025
2:43 PM Missed Call
2:07 PM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


VERO BEACH, FL
+1 (772) 213-5528
message
call
video
mail
pay
October 17, 2025
1:15 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


11:02
CO
+1 (772) 244-2817 · SEBASTIAN, FL
CREDIT ONE BANK
message
call
video
mail
pay
October 17, 2025
12:34 PM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


11:02
CORAL SPRINGS, FL
+1 (754) 325-0665
message
call
video
mail
pay
October 18, 2025
1:06 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


11:02
CORAL SPRINGS, FL
+1 (754) 325-0665
message
call
video
mail
pay
October 18, 2025
1:33 PM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


11:02
CO
+1 (754) 341-0156 · CORAL SPRINGS, FL
CREDIT ONE BANK
message
call
video
mail
pay
October 18, 2025
8:58 AM Missed Call
Calls with a checkmark have been verified by the carrier.
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail


11:02
CORAL SPRINGS, FL
+1 (754) 341-0155
message
call
video
mail
pay
October 18, 2025
11:02 AM Missed Call
10:25 AM Missed Call
9:54 AM Missed Call
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Unblock Caller
Favorites
Recents
Contacts
Keypad
97
Voicemail