UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

TAYLLOR WATSON, CASE NO. 25-CV-14383-SMM

Plaintiff,

v.

CREDIT ONE BANK, N.A.,

Defendant.

**DEFENDANT, CREDIT ONE BANK, N.A.'S RESPONSE TO THE COURT ORDER REQUIRING RESPONE DATED JUNE 8, 2026 [35]**

Defendant, Credit One Bank, N.A. ("Credit One"), through counsel, hereby respectfully files this Response to this Court's Order dated June 8, 2026 [35] and Plaintiff's Request for Further Direction Concerning the Status of Arbitration [34].

1. The arbitration proceeding is currently pending before the American Arbitration Association ("AAA") and styled as *Taylor Watson v. Credit One Bank*, AAA Case No. 01-26-0001-1503.

2. The deadline for Credit One's response to Plaintiff's Demand for Arbitration is June 25, 2026.

3. The next administrative step by the AAA is the appointment of an arbitrator.

4. On May 21, 2026, the business filing fee was paid by Credit One Bank, and the AAA confirmed receipt of said payment on May 28, 2026. As such, Credit One Bank has satisfied its fee obligations required to proceed with arbitration at this time.

5. On June 11, 2026, the AAA transmitted its Initiation Letter to the parties, which Initiation Letter acknowledged receipt of Claimant's Demand for Arbitration, a court order, and an arbitration clause providing for administration by the AAA. In said Initiation Letter, the AAA

also acknowledged that the filing requirements have been met. Specifically, the Initiation Letter states that Plaintiff has met the filing requirements regarding her filing fee and Credit One has paid its share of the initial administrative fee.

6. At this time, the parties are not requesting any Court action beyond the Court maintaining its stay pending resolution of the Arbitration pursuant to the Order on Credit One's Motion to Dismiss and Compel Arbitration [33].

Dated this 22nd day of June, 2026

Respectfully submitted,
GRAYROBINSON, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By: *___/s/ Alexandra de Alejo______________*
Alexandra de Alejo
Florida Bar No.: 43108
alexandra.dealejo@gray-robinson.com
angela.reisino@gray-robinson.com
*Attorney for Credit One Bank, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2026 I electronically filed the foregoing via the CM/ECF system, which will send a notice of electronic service to all counsel of record. to all parties involved.

*/s/ Alexandra de Alejo*
Alexandra De Alejo, Esq.